No. 611. LOEW'S, INC. ET AL. *v.* WILLIAM GOLDMAN THEATRES, INC. C. C. A. 3d. Certiorari denied. *Wm. A. Schnader, Bernard G. Segal, J. Pennington Straus, Joseph M. Proskauer* and *Louis J. Goffman* for petitioners. *William A. Gray, Francis T. Anderson, Lester J. Schaffer* and *Robert Dechert* for respondent.

No. 642. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. *v.* RECONSTRUCTION FINANCE CORPORATION. C. C. A. 2d. Certiorari denied. *Hermon J. Wells* and *H. H. Corbin* for petitioner. *Solicitor General Perlman, Robert L. Stern, Robert W. Ginnane, W. Meade Fletcher* and *Joseph A. Woolman* for respondent.

No. 663. UNITED STATES *v.* COLD METAL PROCESS CO. ET AL. C. C. A. 6th. Certiorari denied. *Solicitor General Perlman* for the United States. *Clarence B. Zewadski* and *Howard F. Burns* for respondents.

No. 682. HARANG *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. *Arthur A. Moreno* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Hilbert P. Zarky* for the United States.

No. 688. BEAVERS *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 5th. Certiorari denied. *Robert Ash* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Hilbert P. Zarky* for respondent.

No. 698. IN RE GORDON. Supreme Court of California. Certiorari denied. *David W. Louisell* for petitioner.